1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA D. WITHERS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:18-CR-00217-DAD-BAM

                      Plaintiff,
12                                         GOVERNMENT'S CONSENT MOTION TO
               v.                          CONTINUE ARRAIGNMENT
13
    RICARDO ANTONIO VELASCO-
14  VILLEGAS,

15                      Defendant.

16

17       The United States of America, by and through its undersigned counsel, hereby moves to continue

18  the arraignment and plea on indictment until Monday, October 1, 2018 at 2:00 p.m. based on the

19  unavailability of defense counsel.  The government and defense counsel have conferred, and defense

20  counsel consents to this continuance and proposed date.

21

22   Dated:  September 27, 2018                McGREGOR W. SCOTT
                                               United States Attorney
23

24                                      By:  /s/ LAURA D. WITHERS
                                             LAURA D. WITHERS
25                                           Assistant United States Attorney

26

27

28

                                    1

<u>ORDER</u>

Although defense counsel's signature is not on this request, the Courtroom deputy received an email from defense counsel confirming defense counsel is unavailable for September 28, 2018.

IT IS HEREBY ORDERED that for good cause shown, the arraignment and plea on indictment in United States v. Velasco-Villegas, 1:18-CR-00217-DAD-BAM, shall be set for October 1, 2018, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: __**September 28, 2018**__          ___/s/ _Barbara A. McAuliffe_____

UNITED STATES MAGISTRATE JUDGE